IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00895-BNB

FRANCIS A. GRANDINETTI, II,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
DISTRICT OF HAWAII, and
DISTRICT OF CALIFORNIA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2007

GREGORY C. LANGHAM
CLERK

ORDER DENYING MOTION TO RECONSIDER

Plaintiff Francis A. Grandinetti, II, filed *pro se* on July 5, 2007, a motion titled "Pro Se Plaintiff's Fed. R. Civ. P. 59(e) Motion for Relief, Within Ten Days of Judgment, Service, or Reply Deadlines; Reconsideration." Mr. Grandinetti asks the Court to reconsider and vacate the June 13, 2007, Order and Judgment of Dismissal. The Court must construe the motion liberally because Mr. Grandinetti is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final

judgment in an action should be considered pursuant to Rule 60(b). **See id.** at 1243. Mr. Grandinetti's motion to reconsider in this action, which was filed more than ten days after the Court's Order and Judgment of Dismissal entered on June 13, 2007, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the complaint and the action without prejudice for failure to cure and for failure to prosecute. The reasons for the dismissal are discussed in detail in the June 13, 2007, dismissal order.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Grandinetti fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Pro Se Plaintiff's Fed. R. Civ. P. 59(e) Motion for Relief, Within Ten Days of Judgment, Service, or Reply Deadlines; Reconsideration" that Plaintiff Francis A. Grandinetti, II, filed *pro se* on July 5, 2007, and which the Court has treated as a motion to reconsider pursuant to Fed. R. Civ. P. 60(b), is denied. It is

FURTHER ORDERED that the motion titled "Motion for Service – Order Relief. (Class-Action Case.)" is denied as moot.

DATED at Denver, Colorado, this 26 day of July, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00895-BNB

Francis A. Grandinetti, II
Prisoner No. A0185087
CCA/TCCF # 1403
295 U.S. Hwy 49 South
Tutwiler, MS 38963

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/27/07

GREGORY C. LANGHAM, CLERK

By: _Angie_
Deputy Clerk